IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

Plaintiffs,

v.

ACCENT MASONRY, LLC,

Defendant.

Civil Action No. 07-0183 (RMC)

**DECLARATION OF IRA MITZNER IN SUPPORT OF SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2. On February 18, 2007, service of the Summons and Complaint in this action was made upon Accent Masonry LLC, by delivering said documents at 3700 Phillips Boulevard, Moore, OK 73160 upon Tommie Garrett, service agent, authorized to accept service on behalf of Accent Masonry, LLC.

3. Proof of such service is provided by the Declaration of process server, Jerry Worden, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2007

Ira R. Mitzner

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

Plaintiffs,

V.

ACCENT MASONRY LLC,

Defendant

**SUMMONS IN A CIVIL CASE**

CAS[illegible]

[illegible]

TO: (Name and address of Defendant)

ACCENT MASONRY LLC
3700 Phillips Boulevard
Moore, OK 73160

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 25 2007
DATE

[signature]
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 02-18-07 @ 8:56 pm |
|---|---|
| NAME OF SERVER *(PRINT)* Jerry Worden | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: ______

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

G Returned unexecuted: ______

GXX Other (specify): by serving, Tommie Garrett, Service Agent, authorized to receive. Service was completed at 3700 Phillips Boulevard, Moore, OK 73160.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/20/07
Date

[signature]
*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
*Address of Server*

[signature] NOTARY

JERRY M. FREELAND NOTARY # 00015493 EXP. 9/30/08 PUBLIC STATE OF OKLAHOMA

* Summons and Complaint with Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.