Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
_____

      Plaintiff(s)

v.                                  Civil Action No. **07-183 (RMC)**

ACCENT MASONRY LLC
_____

      Defendant(s)

RE: ACCENT MASONRY LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this **6th** day of **August**, **2007** declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                      Deputy Clerk