UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-183 (RMC) |
| ACCENT MASONRY LLC, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On January 25, 2007, Plaintiffs filed a Complaint against Defendant to enforce the terms of the Plan and Trust Agreements adopted by the Bricklayers & Trowel Trades International Pension Fund, and the provisions of the Employee Retirement Income Security At of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), 1145, and the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185. Plaintiffs seek an order directing Defendant Accent Masonry LLC to turn over to Plaintiffs' auditor its books and records for the time period April 2005 to the present including, but no limited to, payroll records and the general ledger(s), for preliminary and permanent injunctive relief, and for costs related to the filing of this action for violations of the collective bargaining agreement. On February 18, 2007, Defendant Accent Masonry LLC was served with the Summons and Complaint. Defendant has failed to file an Answer to the Complaint. On August 6, 2007, default was entered by the Clerk of this Court against Defendant Accent Masonry. Plaintiffs' Motion for Entry of Default Judgment is now pending. *See* Pls.' Mot. for Entry

of Default J. [Dkt. #6]. Accordingly, it is hereby

**ORDERED** that on or before December 20, 2007, Defendant Accent Masonry LLC shall **SHOW CAUSE** why the Court should not grant Plaintiffs' motion for entry of default judgment [Dkt. #6].

**SO ORDERED**.

Date:   November 20, 2007                                              /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge