IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 07-0183 (RMC) |
| ACCENT MASONRY LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on February 18, 2007, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $32,465.21, and Defendants having not responded to the Court's Order To Show Cause, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1. That Plaintiffs John Flynn, James Boland, Gerry O'Malley, Ken Lambert, Gerard Scarano. H. J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory Hess, Michael Schmerbeck, Vincent Delazzero, and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 620 F Street N.W., 7th Floor, Washington, DC 20004, recover from

2342777.01

Defendant, Accent Masonry LLC, 3700 Phillips Boulevard, Moore OK 73160, the amount due of $32,465.21;

2.  That Accent Masonry LLC be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3.  That Accent Masonry LLC, comply with its obligations to make timely and full contributions to the IPF; and

4.  That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Accent Masonry LLC.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: 8 Jan 2008, 2007

Rosemary M. Collyer
United States District Judge